UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**WAYNE FIORE, WARNER N. ELKINS, SCOTT WENDELL, RICHARD ANDERSON, ERIK SHERMAN, MISTY SANCHEZ, BELA HALMI, MICHAEL HONDLIK, MICHAEL HOFFMAN, JUSTIN SPURLOCK, CHRISTOPHER TIEDEMANN, CASEY HAMLIN, ERIC CRONCE and CHARLES BOGGS, on his own behalf and others similarly situated**

      **Plaintiffs,**

**V.**                                  **Case No: 2:09-CV-843-FtM-29SPC**

**GOODYEAR TIRE & RUBBER COMPANY**

      **Defendant.**

_____/

## ORDER

This matter comes before the Court on the Defendant, Goodyear Tire and Rubber Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' First Request for Admissions (Doc. #198) filed on March 19, 2012. The Defendant states that its counsel have been working diligently to prepare its response to Plaintiff's First Request for Admissions, however, due to a recent death in the family undersigned counsel requires additional time to finalize Goodyear's response.  Pursuant to M.D. Fla. Local Rule 3.01(g), the Defendant

1

conferred with Plaintiff's Counsel who does not oppose the requested relief. As such, the Court finds good cause to grant the Motion.

Accordingly, it is now

**ORDERED:**

The Defendant, Goodyear Tire and Rubber Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' First Request for Admissions (Doc. #198) is **GRANTED**. The Defendant has up to and including **March 23, 2012**, to serve its responses to the Plaintiff's first request for admissions.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th Day of March, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record