**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

WAYNE FIORE, on his own behalf and others
similarly situated, and WARNER N. ELKINS,
CHARLES BOGGS, ERIC CRONCE, BRENDA
D. SMITH, CASEY HAMLIN, CHRISTOPHER
TIEDEMANN, SCOTT WANDELL, JAMES
BETTS, JUSTIN SPURLOCK, MICHAEL
HOFFMAN, RICHARD ANDERSON, MICHAEL
HONDLIK, SCOTT DUNN, BELA HALMI,
MISTY SANCHEZ, ERIK SHERMAN, APOLO
PLATON, as opt-in plaintiffs,

                    Plaintiffs,

-vs-                                                      Case No.  2:09-cv-843-FtM-29SPC

GOODYEAR TIRE & RUBBER COMPANY, an
Ohio Corporation,

                    Defendant.

_____

**ORDER**

This matter comes before the Court on Defendant's Motion to Compel Plaintiffs' Production

of Documents Responsive to Request No. 1 of Defendant's Request for Production (Doc. #192) filed

on February 24, 2012, and the Defendant's Motion to Compel Deposition of Plaintiff Erik Sherman

(Doc. # 193) filed March 7, 2012. However, since filing these motions, the parties reached an

agreement which fully resolves Plaintiffs' Fair Labor Standards Act and state law claims. Therefore,

the matters are now moot and due to be denied.

Accordingly, it is now

**ORDERED:**

1. Defendant's Motion to Compel Plaintiffs' Production of Documents Responsive to

Request No. 1 of Defendant's Request for Production (Doc. #192) is **DENIED as moot**.

2.  Defendant's Motion to Compel the Deposition of Plaintiff Erik Sherman(Doc. # 193) is

**DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__   day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record