# **SETTLEMENT AGREEMENT**

THIS SETTLEMENT AGREEMENT (hereinafter "Agreement") is made and entered into, knowingly, voluntarily and willingly by and between Plaintiff, WAYNE FIORE ("Fiore"), and the FLSA Opt-In Class described below (Fiore and the Opt-In Class shall sometimes be referred to collectively herein as the "Plaintiffs") and Defendant, THE GOODYEAR TIRE & RUBBER COMPANY (hereinafter "Goodyear") ("Plaintiffs" and "Goodyear" shall sometimes be referred to collectively herein as the "Parties"). The term "Goodyear" shall also collectively include all past and present parents, successors in interest and assigns, affiliates, subsidiaries, divisions, departments, wholly-owned corporations or partnerships, business associations, sole proprietorships, and their current or former officers, agents, representatives, fiduciaries, administrators, directors, attorneys, stockholders, partners, or employees, in both their individual and official capacities.

WHEREAS, Fiore filed a lawsuit in the United States District Court for the Middle District of Florida against Goodyear, Case No. 2:09-cv-00843-JES-SPC (the "Action"), on behalf of himself and all other individuals who work or worked as Goodyear Service Managers on or after January 2007, alleging a violation of the Fair Labor Standards Act ("FLSA");

WHEREAS, since the inception of the Action, 278 individuals (the "FLSA Opt-In Class")[1] have opted into the Action by filing a Notice of Consent to Join with the Court;

WHEREAS, for settlement purposes only, the Parties stipulate that the members of the FLSA Opt-In Class are similarly situated pursuant to § 216(b) of the FLSA and applicable State wage and hour law(s);

WHEREAS, Goodyear denies any and all liability to Plaintiffs and contends that it

---

[1] The FLSA Opt-In Class specifically includes Tom Schell, Melissa Bennett, Julio G. Suarez, and Anthony Manson, the four (4) individuals who filed untimely Notices of Consent to Join with the Court.

properly classified Service Managers as exempt from the overtime requirements of both the FLSA and all applicable state wage and hour statutes;

WHEREAS, the Parties prefer to avoid the uncertainties and substantial expense of litigation;

NOW, THEREFORE, in consideration of the mutual promises contained herein, it is agreed between the Parties as follows:

**1.     No Admission.** Plaintiffs agree that they will not assert that this Agreement, and/or compliance with this Agreement, shall constitute an admission by Goodyear of any liability or wrongdoing whatsoever. Plaintiffs further agree that this Agreement shall not be construed as an admission by Goodyear of any violation of the rights of Plaintiffs or any other person, or of any violation of any order, law, statute, duty, or contract, whatsoever against Plaintiffs or any other person, and Goodyear specifically disclaims any liability to Plaintiffs or any other person, and any alleged violation of any rights of Plaintiffs or any other person, or of any order, law, statute, duty, or contract.

**2.     Settlement Funds.**   Goodyear agrees to pay the following (hereinafter, the "Settlement Funds"):

(a)     EIGHT HUNDRED NINETY-FIVE THOUSAND THIRTY SIX AND 41/100 DOLLARS ($895,036.41) to Plaintiffs, which shall be distributed in accordance with the allocation chart attached as Exhibit "A". Per the allocation set forth in Exhibit A, Goodyear shall issue a W-2, minus applicable withholdings, to each Plaintiff for alleged back wages and a Form 1099, without withholdings, for the remainder of each Plaintiff's payment.. In addition, as set forth on the attached allocation chart, Plaintiff, Wayne Fiore and Opt-In Plaintiff, Brenda Smith, as

well as seventeen (17) other Opt-Ins as indicated, are to receive service payments to compensate them for their diligent participation in this collective action for which a 1099 will be issued; and

(b) SEVEN HUNDRED NINETY-NINE THOUSAND NINE HUNDRED SIXTY THREE AND 59/100 DOLLARS ($799,963.59), without any withholdings, shall be made payable to Shavitz Law Group, P.A. Trust Account. The breakdown shall be as follows: $69,963.59 in costs and $730,000.00 in attorneys' fees. Goodyear shall issue a Form 1099 in connection with this payment. The settlement of attorneys' fees and costs was negotiated only after resolution of the amounts to Plaintiffs and thus was independent and in seriatim.

**3. Payment.** Goodyear agrees to deliver said Settlement Funds, which total ONE MILLION SIX HUNDRED NINETY-FIVE THOUSAND AND 00/100 DOLLARS ($1,695,000.00), to Plaintiffs' counsel, Gregg Shavitz, Esq., Shavitz Law Group, P.A., 1515 S. Federal Hwy., Ste. 404, Boca Raton, Florida 33432 within fourteen (14) days of the Court's approval of this Agreement. Plaintiffs' counsel shall bear sole responsibility for distributing payment to each of the Plaintiffs in accordance with paragraph 2 above, and as set forth on Exhibit A. Each settlement check shall bear a wage and hour release endorsement. Plaintiffs, and their counsel, agree to bear sole responsibility for allocation, and payment, of the Settlement Funds earmarked for Plaintiffs. The Parties agree that the settlement negotiated and herein constitutes a reasonable compromise of all of the disputed issues.

**4. Complete Payment.** It is expressly understood by Plaintiffs that the obligations of Goodyear contained in paragraph 2 of this Agreement shall be in lieu of any and all amounts to which Plaintiffs, or any of their attorneys are now, or may become, entitled to, based upon any

claim for wages or overtime, or attorneys' fees or costs, arising out of their employment with Goodyear from the beginning of the world thru the date of Court approval. It is acknowledged and agreed by Plaintiffs that neither Goodyear nor its attorneys, have expressed any opinions or made any representations concerning any tax consequences associated with the Settlement Funds described above, and that Plaintiffs will seek advice from, their own tax counsel or other advisors.

**5. Dismissal with Prejudice.** The Parties agree, upon execution of this Agreement, to immediately file with the Court a Joint Motion to Approve this Agreement and Stipulation for Dismissal with Prejudice of the Action (including all claims asserted in the Complaint and the proposed Amended Complaint.)

**6. Non-Publication to Media or Press.** Plaintiffs each agree that he/she will not make nor issue, directly or indirectly, neither thru the internet or otherwise, any statement about the settlement of this Action (or the financial terms of the settlement) to the press or to the media.

**7. Release of claims ("Release")**. Plaintiffs hereby unconditionally and irrevocably release and forever discharge Goodyear, of and from, and agree not to sue and not to assert against Goodyear any causes of action, claims and demands in relation to unpaid wages and/or arising under the Fair Labor Standards Act, any of the State wage and hour claims, including those set forth in Plaintiffs' proposed Amended Complaint,[2] or any other federal or state or local wage and hour laws, which include any and all claims, rights, demands, charges, complaints

[2] **New York** (New York Labor Law Article 19, §§ 650 *et seq.*; New York State Department of Labor Regulations, 12 N.Y.C.R.R. Part 142); **New Jersey** (N.J.S.A. §§ 34:11-56a *et seq.*, and the supporting regulations, N.J. Admin. Code §§ 12:56-1.1 *et seq.*); **Massachusetts** (21 Mass. Gen. Laws Ch. 151§§ 1A *et seq.*; Mass Gen Law Ch. 149 §§ 100 and 101); **North Carolina** (N.C. Gen Stat. §§ 95-25.1 *et seq.*); **Pennsylvania** (43 Pa. Stat. §§ 333.101 *et seq.*; 43 Pa. Stat. §§ 260.1 *et seq.*); **Maryland** (Md. Code, Lab & Empl. §§ 3-401 *et seq.*; Md. Code, Lab. & Empl. §§ 3-501 *et seq.*); **Ohio** (Ohio R.C. §§ 4111.01 *et seq.*); and **Washington** (Washington Wage and Hour Laws, including RWC 49.12005 and WAC 296-126-002).

causes of action, obligations or liability of any and every kind that were asserted in the Action or that could have been asserted in the Action, whether known or unknown, arising out of the alleged facts, circumstances and occurrences underlying the allegations as set forth in the Action (including all claims asserted or which could have been asserted in the Complaint and proposed Amended Complaint and all claims that relate to the classification of the Goodyear Service Manager position) from the beginning of the world to the date this Agreement is approved by the Court. This Release is not intended to waive or release Goodyear from any obligations it has to Plaintiffs under this Agreement.

**8. Settlement Authority.** Fiore and Plaintiffs' attorney, Gregg Shavitz, Esq., on behalf of the Shavitz Law Group, P.A., shall execute this Agreement on behalf of the Plaintiffs pursuant to the Court approved Notice and Consents to Join which appointed the lead Plaintiff to make decisions regarding settlement to which each agreed to be legally bound if approved as fair and reasonable by the Court.. As such, upon Court approval, each of the Plaintiffs is legally bound by this Agreement and the Release. It is further agreed that Plaintiffs have waived any of their released claims for alleged wage and hour violations through the date of Court approval, have agreed not to file any subsequent claims against Goodyear for the matters raised and released in this Action, and should they hereinafter file any action against Goodyear in relation to the released claims, it is specifically agreed that such claim is in violation of this Agreement and subject to dismissal with prejudice, that the claimant is subject to the civil contempt powers of the Court for which it retains jurisdiction, and that Goodyear will be permitted to seek its attorney's fees and costs associated with same.

**9. Opportunity to Review.** The Parties represent and agree that they have thoroughly discussed all aspects of this Agreement with their attorneys, have carefully read and

fully understand all of the provisions of this Agreement, and that they are voluntarily entering into this Agreement. Mr. Fiore further represents he has thoroughly discussed all aspects of this Agreement with Plaintiffs' attorneys, fully understands all of the provisions of this Agreement, and that he, on his own behalf and on behalf of the other Plaintiffs, is voluntarily entering into this Agreement

**10. Entire Agreement.** The Parties represent and acknowledge that in executing this Agreement they do not rely and have not relied on any representation or statement made by the other Party or by any of the Parties' agents, representatives, or attorneys with regard to the subject matter, basis, or effect of this Agreement or otherwise, other than those specifically stated in this written Agreement.

**11. Severability.** Should any provision of this Agreement be declared or be determined by any court of competent jurisdiction to be illegal, invalid, unethical or unenforceable, the legality, validity and enforceability of the remaining parts, terms, or provisions shall not be affected thereby, and said illegal, unenforceable, unethical or invalid part, term, or provision shall be deemed not to be part of this Agreement.

**12. Execution.** The Parties to this Agreement may execute their signatures in counterpart, each document of which (including pdf. copies) may be considered as an original when executed.

**13. Venue.** The Parties hereby submit themselves to the jurisdiction of, and agree that the exclusive venue for any action brought in connection with this Agreement shall be in, the United States District Court for the Middle District of Florida.

**14. Waiver of Jury Trial.** THE PARTIES KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE TRIAL BY JURY WITH RESPECT TO ANY LITIGATION

BASED ON, OR IN CONNECTION WITH, THIS AGREEMENT, ANY AGREEMENT TO BE EXECUTED IN CONJUNCTION WITH THIS AGREEMENT, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (ORAL OR WRITTEN) OR ACTIONS OR INACTION OF ANY PARTY RELATING TO THIS AGREEMENT.  IT IS AGREED AMONG THE PARTIES THAT THIS PROVISION IS A MATERIAL INDUCEMENT TO ENTERING INTO THIS AGREEMENT.

**[SIGNATURE PAGES TO FOLLOW]**

AGREED, ACKNOWLEDGED AND ACCEPTED BY:

Wayne Fiore 5-2-12

WAYNE FIORE, individually and on behalf of the Plaintiffs, including the FLSA Opt-In Class

Date

AGREED, ACKNOWLEDGED AND ACCEPTED BY:

5/2/12

GREGG SHAVITZ, ESQ., on behalf of the Plaintiffs, including the FLSA Opt-In Class
As Counsel for Plaintiffs

Date

THE GOODYEAR TIRE & RUBBER COMPANY

By: ______________________________
Authorized Individual's Signature Date

______________________________
Print Authorized Individual's Name

By: ______________________________
PAUL B. RANIS, ESQ.
Greenberg Traurig, P.A.
As Counsel for Goodyear

Date

AGREED, ACKNOWLEDGED AND ACCEPTED BY:

WAYNE FIORE, individually and on behalf of the Plaintiffs, including the FLSA Opt-In Class

Date

AGREED, ACKNOWLEDGED AND ACCEPTED BY:

GREGG SHAVITZ, ESQ., on behalf of the Plaintiffs, including the FLSA Opt-In Class
As Counsel for Plaintiffs

Date

THE GOODYEAR TIRE & RUBBER COMPANY

By: [signature] 5/1/2012
Authorized Individual's Signature Date

Bertram Bell
Print Authorized Individual's Name

By: [signature] 5/1/12
PAUL B. RANIS, ESQ.
Greenberg Traurig, P.A.
As Counsel for Goodyear

Date

FTL 108,688,715 v1 113292.010800

| NAME | DAMAGES | 1/2 DAMAGES PAID ON W2 (subject to withholding) | 1/2 DAMAGES PAID ON 1099 | DEPO & PARTICIPATION FEES PAID ON 1099 | GROSS TOTAL TO BE PAID OUT |
|---|---|---|---|---|---|
| Bryan Sheen | $125.60 | $62.80 | $62.80 | | $125.60 |
| Byron Gill | $273.84 | $136.92 | $136.92 | | $273.84 |
| Michael Sandersen | $2,610.25 | $1,305.13 | $1,305.13 | | $2,610.25 |
| Paul Loy | $5,751.23 | $2,875.62 | $2,875.62 | | $5,751.23 |
| Randall Coleman | $9,213.54 | $4,606.77 | $4,606.77 | | $9,213.54 |
| Stanley Cain II | $3,542.19 | $1,771.10 | $1,771.10 | | $3,542.19 |
| Timothy Haigler | $100.00 | $50.00 | $50.00 | | $100.00 |
| Gregory Launius | $2,202.53 | $1,101.27 | $1,101.27 | | $2,202.53 |
| Kenneth Young | $9,836.28 | $4,918.14 | $4,918.14 | | $9,836.28 |
| Christopher Ballance | $9,119.22 | $4,559.61 | $4,559.61 | $400.00 | $9,519.22 |
| David Richards III | $3,841.37 | $1,920.69 | $1,920.69 | | $3,841.37 |
| Gary Hamann | $6,213.29 | $3,106.65 | $3,106.65 | | $6,213.29 |
| George Lienesch | $100.00 | $50.00 | $50.00 | | $100.00 |
| Jeffry Gardner | $7,003.74 | $3,501.87 | $3,501.87 | | $7,003.74 |
| John Banta, Jr. | $10,861.53 | $5,430.77 | $5,430.77 | | $10,861.53 |
| Martin Blackburn | $4,491.63 | $2,245.82 | $2,245.82 | | $4,491.63 |
| Richard Avila | $524.41 | $262.21 | $262.21 | | $524.41 |
| Thomas Holland | $3,531.84 | $1,765.92 | $1,765.92 | | $3,531.84 |
| Harvey Mills | $100.00 | $50.00 | $50.00 | | $100.00 |
| Robert Villarreal | $3,598.02 | $1,799.01 | $1,799.01 | | $3,598.02 |
| Victor Freeny | $756.84 | $378.42 | $378.42 | | $756.84 |
| David Fazio | $9,897.86 | $4,948.93 | $4,948.93 | | $9,897.86 |
| Apolo Platon | $2,251.85 | $1,125.93 | $1,125.93 | | $2,251.85 |
| Brandon Smith | $936.81 | $468.41 | $468.41 | | $936.81 |
| Brenda Smith | $2,779.54 | $1,389.77 | $1,389.77 | $3,000.00 | $5,779.54 |
| Brett Schaefer | $1,541.21 | $770.61 | $770.61 | | $1,541.21 |
| Brian Duranko | $1,618.27 | $809.14 | $809.14 | | $1,618.27 |
| Bruce Oliver | $100.00 | $50.00 | $50.00 | | $100.00 |
| Carlos Mangual | $3,068.41 | $1,534.21 | $1,534.21 | | $3,068.41 |
| Casey Hamlin | $6,778.53 | $3,389.27 | $3,389.27 | $400.00 | $7,178.53 |
| Charles Boggs | $3,079.62 | $1,539.81 | $1,539.81 | $400.00 | $3,479.62 |
| Charles Chessor | $6,528.14 | $3,264.07 | $3,264.07 | | $6,528.14 |
| Charles Schulze | $1,515.43 | $757.72 | $757.72 | | $1,515.43 |
| Christopher Tiedemann | $609.46 | $304.73 | $304.73 | | $609.46 |
| Clark Bundy | $460.96 | $230.48 | $230.48 | | $460.96 |
| Daniel Mazzone | $1,380.92 | $690.46 | $690.46 | | $1,380.92 |
| David Clark | $2,678.19 | $1,339.10 | $1,339.10 | | $2,678.19 |
| David G. DePasquale | $506.92 | $253.46 | $253.46 | | $506.92 |
| David P. DePasquale | $5,117.40 | $2,558.70 | $2,558.70 | | $5,117.40 |
| David Scott Farren | $5,304.82 | $2,652.41 | $2,652.41 | | $5,304.82 |
| David T. Monahan | $5,587.97 | $2,793.99 | $2,793.99 | | $5,587.97 |
| David Woodman | $450.26 | $225.13 | $225.13 | | $450.26 |
| Dawn Conyers | $833.93 | $416.97 | $416.97 | | $833.93 |
| Douglas Miller, Jr. | $3,096.43 | $1,548.22 | $1,548.22 | | $3,096.43 |
| Douglas Perkins | $100.00 | $50.00 | $50.00 | | $100.00 |
| Dustin Wheeler | $1,244.96 | $622.48 | $622.48 | | $1,244.96 |
| Edward Wattigney | $583.56 | $291.78 | $291.78 | | $583.56 |
| Erik Sherman | $3,563.69 | $1,781.85 | $1,781.85 | | $3,563.69 |
| Everett Devane | $387.02 | $193.51 | $193.51 | | $387.02 |

| | | | | | |
|---|---|---|---|---|---|
| Fabian Perez | $2,388.24 | $1,194.12 | $1,194.12 | | $2,388.24 |
| Frank Stockman | $1,828.43 | $914.22 | $914.22 | | $1,828.43 |
| Frank Williams III | $1,336.65 | $668.33 | $668.33 | | $1,336.65 |
| Fred Brown | $5,336.10 | $2,668.05 | $2,668.05 | | $5,336.10 |
| Gary Anderson, Jr. | $100.00 | $50.00 | $50.00 | | $100.00 |
| George Sotcheff | $100.00 | $50.00 | $50.00 | | $100.00 |
| Gregory Kuehmeier | $9,872.71 | $4,936.36 | $4,936.36 | | $9,872.71 |
| Guy Evans, Jr. | $1,692.31 | $846.16 | $846.16 | | $1,692.31 |
| Hannes Schoeferle | $9,714.47 | $4,857.24 | $4,857.24 | | $9,714.47 |
| Hugh Crumbley | $9,931.32 | $4,965.66 | $4,965.66 | | $9,931.32 |
| Isaac Bentley | $879.75 | $439.88 | $439.88 | | $879.75 |
| Jacquline Shepard | $7,512.19 | $3,756.10 | $3,756.10 | | $7,512.19 |
| James Besemer | $8,447.61 | $4,223.81 | $4,223.81 | | $8,447.61 |
| James Betts | $929.76 | $464.88 | $464.88 | | $929.76 |
| James Emrick | $579.21 | $289.61 | $289.61 | | $579.21 |
| James Halstead | $6,454.58 | $3,227.29 | $3,227.29 | | $6,454.58 |
| James Stivey | $1,242.50 | $621.25 | $621.25 | | $1,242.50 |
| Janice Annese | $191.67 | $95.84 | $95.84 | | $191.67 |
| Jason Hatcher | $517.29 | $258.65 | $258.65 | | $517.29 |
| Jessica Nazario | $4,808.66 | $2,404.33 | $2,404.33 | | $4,808.66 |
| Jimmy Yu | $2,866.65 | $1,433.33 | $1,433.33 | | $2,866.65 |
| Joseph Marks | $1,163.30 | $581.65 | $581.65 | | $1,163.30 |
| Joseph Pascucci | $1,239.07 | $619.54 | $619.54 | | $1,239.07 |
| Justin Spurlock | $1,137.90 | $568.95 | $568.95 | | $1,137.90 |
| Leonard Goldman | $517.01 | $258.51 | $258.51 | | $517.01 |
| Luis Padilla | $1,111.07 | $555.54 | $555.54 | | $1,111.07 |
| Luis Palermo | $1,305.26 | $652.63 | $652.63 | | $1,305.26 |
| Lyman Crosby | $5,253.39 | $2,626.70 | $2,626.70 | | $5,253.39 |
| Marina Oakley | $367.79 | $183.90 | $183.90 | | $367.79 |
| Matthew Miller | $343.27 | $171.64 | $171.64 | | $343.27 |
| Michael Dyer | $357.28 | $178.64 | $178.64 | | $357.28 |
| Michael Hoffman | $1,353.46 | $676.73 | $676.73 | | $1,353.46 |
| Estate ofMichael Hondlik | $1,450.14 | $725.07 | $725.07 | | $1,450.14 |
| Michael Modica III | $5,854.18 | $2,927.09 | $2,927.09 | $400.00 | $6,254.18 |
| Misty Sanchez | $3,242.00 | $1,621.00 | $1,621.00 | $400.00 | $3,642.00 |
| Nemala Laudat | $2,737.37 | $1,368.69 | $1,368.69 | | $2,737.37 |
| Oreste Fraga | $1,303.02 | $651.51 | $651.51 | | $1,303.02 |
| Patricia O'Brien | $9,285.07 | $4,642.54 | $4,642.54 | | $9,285.07 |
| Patrick Freitag | $1,248.60 | $624.30 | $624.30 | | $1,248.60 |
| Paul Silva | $2,142.98 | $1,071.49 | $1,071.49 | | $2,142.98 |
| Quincy Caskey | $531.25 | $265.63 | $265.63 | | $531.25 |
| Ray Van Tassel | $431.26 | $215.63 | $215.63 | | $431.26 |
| Redamis Montanez | $7,499.67 | $3,749.84 | $3,749.84 | | $7,499.67 |
| Reinaldo Feliciano | $100.00 | $50.00 | $50.00 | | $100.00 |
| Ricardo Torres | $100.00 | $50.00 | $50.00 | | $100.00 |
| Richard Cleasby | $245.42 | $122.71 | $122.71 | | $245.42 |
| Robert Chiu | $100.00 | $50.00 | $50.00 | | $100.00 |
| Robert Clouse | $1,415.11 | $707.56 | $707.56 | | $1,415.11 |
| Robert Moore | $572.22 | $286.11 | $286.11 | | $572.22 |
| Rocco Demart | $486.46 | $243.23 | $243.23 | | $486.46 |
| Rodney Nelson | $10,539.88 | $5,269.94 | $5,269.94 | | $10,539.88 |
| Roger Widick | $142.91 | $71.46 | $71.46 | | $142.91 |

| | | | | | |
|---|---|---|---|---|---|
| Roland Bagley | $479.46 | $239.73 | $239.73 | | $479.46 |
| Ronald Gouzie | $823.15 | $411.58 | $411.58 | | $823.15 |
| Ronald Staszewski | $243.79 | $121.90 | $121.90 | | $243.79 |
| Roy Rowtie | $7,745.29 | $3,872.65 | $3,872.65 | | $7,745.29 |
| Scott Dunn | $100.00 | $50.00 | $50.00 | | $100.00 |
| Scott Thomas | $3,006.62 | $1,503.31 | $1,503.31 | | $3,006.62 |
| Sheila McFarland | $6,777.41 | $3,388.71 | $3,388.71 | | $6,777.41 |
| Stephen Creech | $657.12 | $328.56 | $328.56 | | $657.12 |
| Stephen Sharp | $1,076.04 | $538.02 | $538.02 | | $1,076.04 |
| Suzanne Johnson | $3,483.69 | $1,741.85 | $1,741.85 | | $3,483.69 |
| Thomas Bruner | $1,828.43 | $914.22 | $914.22 | | $1,828.43 |
| Timothy Sherwin | $449.75 | $224.88 | $224.88 | | $449.75 |
| Vincent Devincenzo | $100.00 | $50.00 | $50.00 | | $100.00 |
| Warner Nick Elkins | $4,155.42 | $2,077.71 | $2,077.71 | $400.00 | $4,555.42 |
| Wayne Closson | $446.68 | $223.34 | $223.34 | | $446.68 |
| Wayne Fiore | $6,113.11 | $3,056.56 | $3,056.56 | $10,000.00 | $16,113.11 |
| Wayne Parker | $6,385.56 | $3,192.78 | $3,192.78 | | $6,385.56 |
| William Cussell | $1,926.51 | $963.26 | $963.26 | | $1,926.51 |
| Carlton Wilson | $385.81 | $192.91 | $192.91 | | $385.81 |
| Donna Pacifico | $577.89 | $288.95 | $288.95 | | $577.89 |
| Ernest Johnson | $457.74 | $228.87 | $228.87 | | $457.74 |
| Gary Ellison | $7,886.43 | $3,943.22 | $3,943.22 | | $7,886.43 |
| Gene Boatfield | $9,750.56 | $4,875.28 | $4,875.28 | | $9,750.56 |
| Michael Gaffney | $100.00 | $50.00 | $50.00 | | $100.00 |
| Neil Robinson | $2,247.08 | $1,123.54 | $1,123.54 | | $2,247.08 |
| Richard Anderson | $4,693.68 | $2,346.84 | $2,346.84 | $400.00 | $5,093.68 |
| Roger Keener | $781.25 | $390.63 | $390.63 | | $781.25 |
| Gilbert Magbual | $6,203.92 | $3,101.96 | $3,101.96 | | $6,203.92 |
| Sam Kealoha | $9,570.15 | $4,785.08 | $4,785.08 | | $9,570.15 |
| Wayne Hu | $9,534.18 | $4,767.09 | $4,767.09 | | $9,534.18 |
| Joshua Bowling | $461.32 | $230.66 | $230.66 | | $461.32 |
| Michael Vanderwerf | $4,601.77 | $2,300.89 | $2,300.89 | | $4,601.77 |
| Paul Tranbarger | $333.43 | $166.72 | $166.72 | | $333.43 |
| Randall Babcock | $3,945.81 | $1,972.91 | $1,972.91 | | $3,945.81 |
| Keith Bowers | $501.84 | $250.92 | $250.92 | | $501.84 |
| Gary Rogers, Sr, | $4,933.09 | $2,466.55 | $2,466.55 | | $4,933.09 |
| Jeremy Ketteringham | $5,829.85 | $2,914.93 | $2,914.93 | | $5,829.85 |
| Kirk Lee | $208.06 | $104.03 | $104.03 | | $208.06 |
| Louis Albarado | $176.54 | $88.27 | $88.27 | | $176.54 |
| Matthew Underwood | $4,471.61 | $2,235.81 | $2,235.81 | | $4,471.61 |
| James Foley | $784.62 | $392.31 | $392.31 | | $784.62 |
| John Chahwan | $686.96 | $343.48 | $343.48 | | $686.96 |
| Kenneth Ducas | $1,990.91 | $995.46 | $995.46 | | $1,990.91 |
| Michael Villani | $1,729.34 | $864.67 | $864.67 | | $1,729.34 |
| Michael-Paul Ruch | $1,498.62 | $749.31 | $749.31 | | $1,498.62 |
| Scott Rabb | $757.82 | $378.91 | $378.91 | | $757.82 |
| Steven Province | $1,643.49 | $821.75 | $821.75 | $400.00 | $2,043.49 |
| Jerell Latham | $7,329.29 | $3,664.65 | $3,664.65 | | $7,329.29 |
| Oscar Portillo | $1,007.88 | $503.94 | $503.94 | | $1,007.88 |
| Chris Blaharski | $3,512.08 | $1,756.04 | $1,756.04 | | $3,512.08 |
| Michael Tarnacki | $100.00 | $50.00 | $50.00 | | $100.00 |
| Samuel Russell | $6,132.20 | $3,066.10 | $3,066.10 | | $6,132.20 |
| Todd Nicholson | $5,919.74 | $2,959.87 | $2,959.87 | | $5,919.74 |

| Walt Matuniak | $142.91 | $71.46 | $71.46 | | $142.91 |
|---|---|---|---|---|---|
| Joe Chitwood, Jr. | $8,059.30 | $4,029.65 | $4,029.65 | | $8,059.30 |
| Mark Eggers | $1,323.30 | $661.65 | $661.65 | | $1,323.30 |
| Dennis King | $318.22 | $159.11 | $159.11 | | $318.22 |
| Jackie Norris | $100.00 | $50.00 | $50.00 | | $100.00 |
| Angel Espinal | $796.95 | $398.48 | $398.48 | | $796.95 |
| Bela Halmi | $4,943.08 | $2,471.54 | $2,471.54 | $400.00 | $5,343.08 |
| Brian Faust | $2,831.74 | $1,415.87 | $1,415.87 | | $2,831.74 |
| Harry Blue | $11,271.50 | $5,635.75 | $5,635.75 | | $11,271.50 |
| John Champion | $11,019.18 | $5,509.59 | $5,509.59 | | $11,019.18 |
| Percy Neese | $743.66 | $371.83 | $371.83 | | $743.66 |
| Peter Hefti | $3,373.42 | $1,686.71 | $1,686.71 | | $3,373.42 |
| Timothy Cally | $488.71 | $244.36 | $244.36 | | $488.71 |
| William Starnes | $6,373.29 | $3,186.65 | $3,186.65 | $400.00 | $6,773.29 |
| David Lanouette | $514.55 | $257.28 | $257.28 | | $514.55 |
| Edward Mockovack | $3,081.02 | $1,540.51 | $1,540.51 | | $3,081.02 |
| Henry Collette | $438.82 | $219.41 | $219.41 | | $438.82 |
| John Sweeney | $2,996.11 | $1,498.06 | $1,498.06 | | $2,996.11 |
| Ronald Schroeder | $4,753.58 | $2,376.79 | $2,376.79 | | $4,753.58 |
| Thomas Oswin | $4,065.43 | $2,032.72 | $2,032.72 | $400.00 | $4,465.43 |
| Timothy Edwards | $1,731.14 | $865.57 | $865.57 | $400.00 | $2,131.14 |
| Andrew Lamirande | $2,853.64 | $1,426.82 | $1,426.82 | | $2,853.64 |
| Charles Beaudoin | $11,679.99 | $5,840.00 | $5,840.00 | | $11,679.99 |
| David Kuna | $5,243.40 | $2,621.70 | $2,621.70 | | $5,243.40 |
| George Graham | $2,825.13 | $1,412.57 | $1,412.57 | | $2,825.13 |
| James Kellman, Jr. | $1,526.01 | $763.01 | $763.01 | | $1,526.01 |
| James Sennett, Jr. | $2,064.72 | $1,032.36 | $1,032.36 | | $2,064.72 |
| John Emborski | $1,746.37 | $873.19 | $873.19 | $400.00 | $2,146.37 |
| John Hastings | $1,751.37 | $875.69 | $875.69 | | $1,751.37 |
| John Oliver | $1,877.19 | $938.60 | $938.60 | | $1,877.19 |
| Joshua Marnell | $9,433.37 | $4,716.69 | $4,716.69 | | $9,433.37 |
| Justin Brown | $1,075.05 | $537.53 | $537.53 | | $1,075.05 |
| Kevin Schenk | $14,206.21 | $7,103.11 | $7,103.11 | | $14,206.21 |
| Michael Albrecht | $4,107.62 | $2,053.81 | $2,053.81 | $400.00 | $4,507.62 |
| Michael Hurley | $1,497.88 | $748.94 | $748.94 | | $1,497.88 |
| Patrick Carrier | $4,505.80 | $2,252.90 | $2,252.90 | | $4,505.80 |
| Patrick Walsh | $1,206.35 | $603.18 | $603.18 | | $1,206.35 |
| Peter Pufki | $14,448.63 | $7,224.32 | $7,224.32 | | $14,448.63 |
| Rosalind Vaccaro | $209.91 | $104.96 | $104.96 | | $209.91 |
| Suzanne Mellion | $4,751.69 | $2,375.85 | $2,375.85 | | $4,751.69 |
| Albert Chosky, Jr. | $2,628.83 | $1,314.42 | $1,314.42 | | $2,628.83 |
| Charles Campisi | $6,914.82 | $3,457.41 | $3,457.41 | | $6,914.82 |
| Daniel Woodburn | $612.84 | $306.42 | $306.42 | | $612.84 |
| James Adams | $319.15 | $159.58 | $159.58 | | $319.15 |
| John Winemiller | $471.84 | $235.92 | $235.92 | | $471.84 |
| Nicholas Lane | $2,118.46 | $1,059.23 | $1,059.23 | | $2,118.46 |
| Phillip Conde | $469.88 | $234.94 | $234.94 | | $469.88 |
| Steven Schwiger | $5,274.49 | $2,637.25 | $2,637.25 | | $5,274.49 |
| William Mcaninch | $1,910.16 | $955.08 | $955.08 | | $1,910.16 |
| Xiao Xu | $4,144.45 | $2,072.23 | $2,072.23 | | $4,144.45 |
| Jason Rupp | $9,667.54 | $4,833.77 | $4,833.77 | | $9,667.54 |
| Paul Sears | $100.00 | $50.00 | $50.00 | | $100.00 |
| Perry Sanders | $1,525.80 | $762.90 | $762.90 | | $1,525.80 |

| Amber Higgins | $3,997.13 | $1,998.57 | $1,998.57 | $400.00 | $4,397.13 |
|---|---|---|---|---|---|
| Christina Baghamian | $699.44 | $349.72 | $349.72 | | $699.44 |
| David Campbell | $2,639.11 | $1,319.56 | $1,319.56 | | $2,639.11 |
| Eric Cronce | $2,366.46 | $1,183.23 | $1,183.23 | $400.00 | $2,766.46 |
| Joe Mount | $8,241.82 | $4,120.91 | $4,120.91 | | $8,241.82 |
| Joseph Tomaselli | $100.00 | $50.00 | $50.00 | | $100.00 |
| Paul Martin | $1,505.34 | $752.67 | $752.67 | | $1,505.34 |
| Todd Breitner | $9,074.02 | $4,537.01 | $4,537.01 | | $9,074.02 |
| Barbara Brantley | $100.00 | $50.00 | $50.00 | | $100.00 |
| Daniel Martin, Jr. | $2,722.14 | $1,361.07 | $1,361.07 | | $2,722.14 |
| Joseph Boothe | $1,202.32 | $601.16 | $601.16 | | $1,202.32 |
| Joseph Boothe | $4,383.54 | $2,191.77 | $2,191.77 | | $4,383.54 |
| Kathryn Miller | $963.41 | $481.71 | $481.71 | | $963.41 |
| Larry Beckham | $1,710.74 | $855.37 | $855.37 | | $1,710.74 |
| Michael Alderman | $5,620.72 | $2,810.36 | $2,810.36 | | $5,620.72 |
| Paul Swanson | $6,211.63 | $3,105.82 | $3,105.82 | | $6,211.63 |
| Robert Dull | $1,960.42 | $980.21 | $980.21 | | $1,960.42 |
| Robert Hamilton | $2,609.20 | $1,304.60 | $1,304.60 | | $2,609.20 |
| Ronald Campbell, Jr. | $100.00 | $50.00 | $50.00 | | $100.00 |
| Thomas Longbrake | $3,411.95 | $1,705.98 | $1,705.98 | | $3,411.95 |
| Andrew Trevino | $888.38 | $444.19 | $444.19 | | $888.38 |
| Bishop Bradford | $3,300.78 | $1,650.39 | $1,650.39 | | $3,300.78 |
| Bradley Mena | $878.49 | $439.25 | $439.25 | | $878.49 |
| Charlie Francis | $3,018.67 | $1,509.34 | $1,509.34 | | $3,018.67 |
| Chris Yarger | $673.20 | $336.60 | $336.60 | | $673.20 |
| David Gonzales, Jr. | $197.27 | $98.64 | $98.64 | | $197.27 |
| Edward Sweet | $100.00 | $50.00 | $50.00 | | $100.00 |
| Emmanuel Valentin | $1,623.87 | $811.94 | $811.94 | | $1,623.87 |
| Hector Lopez | $100.00 | $50.00 | $50.00 | | $100.00 |
| Jeffrey Orvis | $4,084.76 | $2,042.38 | $2,042.38 | | $4,084.76 |
| Johnny Stricklin, Jr. | $325.76 | $162.88 | $162.88 | | $325.76 |
| Leslie Chitty | $1,483.76 | $741.88 | $741.88 | | $1,483.76 |
| Scott Wandell | $1,715.64 | $857.82 | $857.82 | $400.00 | $2,115.64 |
| Thomas Gannon | $100.00 | $50.00 | $50.00 | | $100.00 |
| William Chandler | $4,604.42 | $2,302.21 | $2,302.21 | | $4,604.42 |
| Andrew Schnebly | $539.68 | $269.84 | $269.84 | | $539.68 |
| Cecil Morris II | $5,021.54 | $2,510.77 | $2,510.77 | | $5,021.54 |
| Donald Kimberlin | $1,597.25 | $798.63 | $798.63 | | $1,597.25 |
| Donnelly Leftwich | $174.68 | $87.34 | $87.34 | | $174.68 |
| Henry Michalak | $4,412.62 | $2,206.31 | $2,206.31 | | $4,412.62 |
| Kim Bro | $1,469.75 | $734.88 | $734.88 | | $1,469.75 |
| Michael Adams | $1,176.44 | $588.22 | $588.22 | | $1,176.44 |
| Richard Winston | $12,970.87 | $6,485.44 | $6,485.44 | | $12,970.87 |
| Corinthas White, Jr. | $11,662.27 | $5,831.14 | $5,831.14 | | $11,662.27 |
| Donald Stebbins, Jr. | $2,395.26 | $1,197.63 | $1,197.63 | | $2,395.26 |
| Dwane Phipps, Jr. | $5,673.75 | $2,836.88 | $2,836.88 | | $5,673.75 |
| Geri Pehan (Babb) | $100.00 | $50.00 | $50.00 | | $100.00 |
| John Axe, Jr. | $388.38 | $194.19 | $194.19 | | $388.38 |
| Kenneth Hamamoto | $5,618.11 | $2,809.06 | $2,809.06 | | $5,618.11 |
| Kevin Allen | $100.00 | $50.00 | $50.00 | | $100.00 |
| Quentin Thomas | $4,447.65 | $2,223.83 | $2,223.83 | | $4,447.65 |
| Daniel Buretta | $2,178.10 | $1,089.05 | $1,089.05 | | $2,178.10 |
| James Strutt | $2,356.05 | $1,178.03 | $1,178.03 | | $2,356.05 |

| | | | | | |
|---|---|---|---|---|---|
| Steven Thomas | $334.75 | $167.38 | $167.38 | | $334.75 |
| Ted Mansell | $2,718.69 | $1,359.35 | $1,359.35 | | $2,718.69 |
| Andrew Hudson | $4,961.34 | $2,480.67 | $2,480.67 | | $4,961.34 |
| Anthony De Sousa | $100.00 | $50.00 | $50.00 | | $100.00 |
| Brandon Harris | $8,401.28 | $4,200.64 | $4,200.64 | | $8,401.28 |
| Dennis Kane | $7,558.05 | $3,779.03 | $3,779.03 | | $7,558.05 |
| Gaither Saunders Jr. | $2,129.11 | $1,064.56 | $1,064.56 | | $2,129.11 |
| George Jones | $8,106.60 | $4,053.30 | $4,053.30 | | $8,106.60 |
| Glenn Syrstad | $3,341.62 | $1,670.81 | $1,670.81 | | $3,341.62 |
| Mark Madsen | $9,383.27 | $4,691.64 | $4,691.64 | | $9,383.27 |
| Michael Curry | $3,598.02 | $1,799.01 | $1,799.01 | | $3,598.02 |
| Peter Franks | $3,866.65 | $1,933.33 | $1,933.33 | | $3,866.65 |
| Ronnie Forrester | $1,138.81 | $569.41 | $569.41 | | $1,138.81 |
| Shaun Hunter | $714.00 | $357.00 | $357.00 | | $714.00 |
| Stephen Rollins Jr. | $112.98 | $56.49 | $56.49 | | $112.98 |
| Tom Schell | $8,050.49 | $4,025.25 | $4,025.25 | | $8,050.49 |
| Melissa Bennett | $3,723.24 | $1,861.62 | $1,861.62 | | $3,723.24 |
| Julio Suarez | $6,732.04 | $3,366.02 | $3,366.02 | | $6,732.04 |
| Anthony Manson | $10,085.22 | $5,042.61 | $5,042.61 | | $10,085.22 |
| | | | | | **$895,036.41** |